UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ASHLEY MARKGRAF,

    Plaintiff,

v.                                         Case No. 16-cv-686-pp

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security Administration

    Defendant.

## ORDER APPROVING STIPULATION FOR AWARD UNDER THE EQUAL ACCESS TO JUSTICE ACT (DKT. NO. 19)

On May 2, 2017, the parties filed a stipulation, asking the court to enter an order awarding attorneys' fees, expenses and costs. Dkt. No. 19.

The court **APPROVES** the May 2, 2017 for Award Under EAJA. Dkt. No. 19. The court **ORDERS** that the defendant in the above-captioned case shall pay to the plaintiff an award of attorneys' fees in the amount of **$7,053.38**, in full satisfaction and settlement of any and all claims the plaintiff may have in this case pursuant to the EAJA. The court awards these fees and costs to the plaintiff, not the plaintiff's attorney, and under <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010), the United States may offset the award to satisfy pre-existing debts that the litigant owes the United States.

If counsel for the parties verify that the plaintiff owes no pre-existing debt subject to offset, the defendant shall direct that the award be made payable to

the plaintiff's attorney, pursuant to the EAJA assignment duly signed by the plaintiff and counsel.

Dated in Milwaukee, Wisconsin this 15th day of June, 2017.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**