UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ASHLEY MARKGRAF,

    Plaintiff,

v.                                                   Case No. 16-cv-686-pp

NANCY A. BERRYHILL,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR
AWARD OF ATTORNEY FEES (DKT. NO. 21)**

---

On May 14, 2018, the plaintiff filed an unopposed motion for an award of attorney fees under 42 U.S.C. §406(b). Dkt. No. 21.

The court **GRANTS** the unopposed motion and **ORDERS** that, under 42 U.S.C. §406(b), an award of attorney's fees in the amount of $5,241.87 is to be paid to Attorney David F. Traver by the Social Security Administration from the plaintiff's social security account.

Dated in Milwaukee, Wisconsin this 15th day of May, 2018.

                                                  **BY THE COURT:**

                                                  _____
                                                  **HON. PAMELA PEPPER
                                                  United States District Judge**